**Order entered July 25, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01753-CV

### TODD PRUETT, Appellant

### V.

### LISA CLAYTON, M.D., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14518**

## ORDER

We **GRANT** appellant's July 23, 2014 motion to return brief to correct defects and **DIRECT** the Clerk of the Court to send appellant a copy of the brief received July 1, 2014. On our own motion, we **GRANT** appellant an extension of time to file his amended brief and **ORDER** the amended brief be filed no later than August 7, 2014.

/s/    ELIZABETH LANG-MIERS
           JUSTICE